IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| DOOBIE BARRERA, Individually and For Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KELLY SERVICES GLOBAL, LLC,<br><br>Defendants. | Case No. 2:25-cv-00655 |

AND NOW, this __8th__ day of __December__, 20__25__
IT IS SO ORDERED.
s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to dismiss this matter with prejudice and without costs. Pursuant to Federal Rule of Civil Procedure 41, this dismissal is effective upon filing.

Dated: December 5, 2025

Respectfully submitted,

/s/ Alyssa J. White
Michael A. Josephson
PA ID No. 308410
Andrew W. Dunlap
Texas Bar No. 24078444
Alyssa J. White
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

/s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.
(admitted pro hac vice)
IL 06181016/NY 4525457
**DUANE MORRIS LLP**
190 South La Salle Street, Suite 3700
Chicago, IL 60603-3433
312-499-6700 – Telephone
gmaatman@duanemorris.com

Jessica Ann Priselac
PA 224588
**DUANE MORRIS LLP**
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
412-497-1046 – Telephone

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
rburch@brucknerburch.com

Joshua P. Geist
PA ID No. 85745
William F. Goodrich
PA ID No. 30235
**GOODRICH & GEIST PC**
3634 California Avenue
Pittsburgh, Pennsylvania 15212
412-766-1466 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com
bill@goodrichandgeist.com

**ATTORNEYS FOR PLAINTIFF**

jpriselac@duanemorris.com

Shannon Noelle
(admitted pro hac vice)
PA 326811
**DUANE MORRIS LLP**
30 S. 17th Street
Philadephia, PA 19103
516-445-6767 – Telephone
snoelle@duanemorris.com

Anna M. Sheridan
(admitted pro hac vice)
PA 254033
**DUANE MORRIS LLP**
901 New York Avenue NW, Suite 700
Washington, DC 20001
760-579-9814 – Telephone
asheridan@duanemorris.com

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 5th day of December, 2025.

*/s/ Alyssa J. White*
**Alyssa J. White**